UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MR. ELVIS WAYNE JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEXAS TDCJ ID ) <br> ADMINISTRATION, et als., ) <br> ) <br> Defendants. ) | 2:11-cv-00019-JAW |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 20, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED pursuant to 28 U.S.C. § 1915(g) and § 1915A(b)(1) as it is frivolous and fails to state a claim.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2012